UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

SANDELEINE AND BROTHERS, LLC,
    Defendants.

Case No.: 22-cv-20851-JEM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, SANDELEINE AND BROTHERS, LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein, Esq. (55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Gabriel Santiago Saade
Gabriel Santiago Saade, Esq. (111742)
   *Attorney for Defendant*
The Saade Law Firm, P.A.
255 Alhambra Cir. Ste. 320
Coral Gables, FL 33134
(786) 633-1114
GSS@SaadeLaw.com